# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-2240
Lower Tribunal No. 21-CA-002730

———————————————

GCTC HOLDINGS, LLC,

Appellant,

v.

BELL RESTAURANTS GULF COAST, INC. d/b/a NAPLE COASTAL KITCHEN,
STUART BELL, individually, and LAURA BELL, individually,

Appellees.

———————————————

Appeal from the Circuit Court for Lee County.
Alane Laboda, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Amy L. Dilday and Courtney L Fernald, of Englander and Fischer, LLP, St. Petersburg, for Appellant.

Brendan J. Shearman and Scott A. Beatty, of Henderson, Franklin, Starnes & Holt, P.A., Naples, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED